**Dismiss and Opinion Filed October 6, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01231-CV

### JANIE CANALES, Appellant

### V.

### PRISCILLA C. SERNA, Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-10501-C**

## MEMORANDUM OPINION
Before Chief Justice Wright and Justices Lang-Miers and Stoddart
Opinion by Chief Justice Wright

Janie Canales, appearing pro se, moves to withdraw her appeal from a take nothing judgment in a personal injury suit. *See* TEX. R. APP. P. 42.1(a). We grant the motion, filed one day after the notice of appeal, and dismiss the appeal. *See id.*

141231F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

JANIE CANALES, Appellant

No. 05-14-01231-CV     V.

PRISCILLA C. SERNA, Appellee

On Appeal from the 68th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-12-10501-C.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Priscilla C. Serna recover her costs, if any, of this appeal from appellant Janie Canales.

Judgment entered October 6, 2014.